**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

March 19, 2015

Hon. Warren Szutse Huang
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
* DELIVERED VIA E-MAIL *

Hon. Cynthia T. Sheppard
Attorney at Law
P. O. Box 67
Cuero, TX 77954
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00322-CV
Tr.Ct.No. 2012CCV-62067-3
Style:   CHRISTUS SPOHN HEALTH SYSTEM CORPORATION D/B/A CHRISTUS SPOHN HOSPITAL CORPUS CHRISTI - SHORELINE v. JEANNE K. GOODHEW

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    County Court at Law No. 3 (DELIVERED VIA E-MAIL)
      Hon. Anne Lorentzen, Nueces County District Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region (DELIVERED VIA E-MAIL)